No. 92–598. ADAMSON v. RUNYON, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–617. URWYLER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 92–624. PHELPS v. RISON, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–630. ZAPATA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5288. OLIVER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5295. FLORES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5474. HARLEY v. KEOHANE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 92–5489. WARDLOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5503. BAUER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5520. SCHMIDT v. PETERSON, COMMISSIONER, INTERNAL REVENUE SERVICE. C. A. 10th Cir. Certiorari denied.

No. 92–5539. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5545. BANKS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5548. SHOUPE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5560. NEWMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–5592. VILLEGAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.